No. 834. ALUMINUM COMPANY OF AMERICA *v.* FEDERAL TRADE COMMISSION. February 26, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the

Third Circuit denied. *Mr. George W. Wickersham* and *Mr. George B. Gordon* for petitioner. *Mr. Solicitor General Beck* and *Mr. W. H. Fuller* for respondent.